**Order entered August 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01664-CV

### FUJITSU NETWORK COMMUNICATIONS, INC., ET AL., Appellants

### V.

### CIRCUIT-METALS, LLC D/B/A INTERMARC, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00787-2009**

## ORDER

We **GRANT** appellants/cross-appellees' August 6, 2013 unopposed motion for an extension of time to file a combined reply/cross-appellees' brief. Their combined brief shall be filed by August 15, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE